IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and
LINDA (TETTER) SPERRY, individually and as the parents and guardians of J.S. and L.S.,

    Plaintiffs,
v.

TONY LANE, individually, and in his official capacity as Chief of the Castle Rock Police Department,
TY PETERSEN, individually, and in his official capacity as corporal with the Castle Rock Police
    Department,
JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police
    Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police
    Department,
BRANDON LEFEVRE, individually, and official capacity as an officer with the Castle Rock Police
    Department,
TROY STEMBLE, individually, and official capacity as an officer with the Castle Rock Police
    Department,
UNKOWN OFFICERS OF THE CASTLE ROCK POLICE DEPARTMENT, individually, and official
    capacity as an officer with the Castle Rock Police Department,
CITY OF CASTLE ROCK, COLORADO, a municipality,
CLIFTON PORTER, individually, and as an employee of Bradley Petroleum Corporation,
BARBARA GRAHAM, individually, and as an employee of Bradley Petroleum Corporation, and
BRADLEY PETROLEUM, INC, d/b/a SERVICE OIL, INC., a Colorado corporation, ,

    Defendants.
_____

ORDER
_____

    Upon review of the Motion to Amend Complaint Caption [2] filed on January 10, 2011, it is

    ORDERED that the motion is granted and the caption is amended to reflect the correct spelling of Defendant Brandon Lefevre's name.

    DATED:   January 11th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge