IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and
LINDA (TETTER) SPERRY, individually and
as the parents and guardians of J.S. and L.S.,

      Plaintiffs,

v.

TONY LANE, individually, and in his official capacity as Chief of the Castle Rock Police Department,
TY PETERSEN, individually, and in his official capacity as corporal with the Castle Rock Police
      Department,
JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police    Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police    Department,
BRANDON LEFEVRE, individually, and official capacity as an officer with the Castle Rock Police
      Department,
TROY STEMBLE, individually, and official capacity as an officer with the Castle Rock Police    Department,
UNKOWN OFFICERS OF THE CASTLE ROCK POLICE DEPARTMENT, individually, and official
      capacity as an officer with the Castle Rock Police Department, and
CITY OF CASTLE ROCK, COLORADO, a municipality,

      Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS'
PARTIAL MOTION TO DISMISS.
_____

      After review of the Unopposed Motion to Extend Time to Respond to Defendants' Partial Motion to

Dismiss, filed March 17, 2011 [32 & 33]], it is

      ORDERED that the motion is granted and the date for plaintiffs to file their response to defendants'

partial motion to dismiss is extended to and including March 31, 2011.

      DATED:   March 18th, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior Judge