# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                May 17, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and                                           Jonathan S. Willett
LINDA (Tetter) SPERRY,
individually and as parents and guardians of J.S. and L.S.,

     Plaintiffs,

v.

TONY LANE,                                                Eric M. Ziporin
TY PETERSEN,                                              Courtney B. Kramer
JASON T. MAES,
GEORGE ELDER,
BRANDON LEFEVRE,
TROY STEMBLE and
CITY OF CASTLE ROCK, COLORADO,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Partial Motion to Dismiss**

**1:58 p.m.      Court in session.**

Plaintiff Todd Sperry present.

Court's preliminary remarks.

1:59 p.m.       Mr. Willett explains plaintiffs' claims as pleaded in the complaint.

Court informs Mr. Willett of its view of the case.

**ORDERED:**  **Partial Motion to Dismiss, filed March 3, 2011 [28], is granted and the Complaint is dismissed with leave to file an amended complaint by June 6, 2011.**
**Motion to Strike Affidavit of Jonathan S. Willett, filed April 27, 2011 [41], is moot.**
**Motion for Leave to File Supplemental Authority, Re: Partial Motion to Dismiss, filed May 16, 2011 [43], is moot.**

**2:13 p.m.      Court in recess.**      Hearing concluded. Total time: 15 min.