IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and
LINDA (TETTER) SPERRY, individually and
as the parents and guardians of J.S. and L.S.,

    Plaintiffs,

v.

TONY LANE, individually, and in his official capacity as Chief of the Castle Rock Police Department,
TY PETERSEN, individually, and in his official capacity as corporal with the Castle Rock Police
    Department,
JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police
    Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police
    Department,
BRANDON LEFEVRE, individually, and official capacity as an officer with the Castle Rock Police
    Department,
TROY STEMBLE, individually, and official capacity as an officer with the Castle Rock Police
    Department,
UNKOWN OFFICERS OF THE CASTLE ROCK POLICE DEPARTMENT, individually, and official
    capacity as an officer with the Castle Rock Police Department, and
CITY OF CASTLE ROCK, COLORADO, a municipality,

    Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW AMENDED COMPLAINT
_____

    Upon consideration of Plaintiffs' Unopposed Motion to Withdraw Amended Complaint [51]

filed June 24, 2011, it is

    ORDERED that the motion is granted and the amended complaint is withdrawn.

    DATED:   June 27th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge