IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and
LINDA (TETTER) SPERRY,

    Plaintiffs,

v.

TONY LANE, individually, and in his official capacity as Chief of the Castle Rock Police Department,
TY PETERSEN, individually, and in his official capacity as corporal with the Castle Rock Police Department,
JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police   Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police Department,
capacity as an officer with the Castle Rock Police Department, and
TOWN OF CASTLE ROCK, COLORADO, a municipality,

    Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO DISMISS PARTIES
_____

After review of the Unopposed Motion to Dismiss Parties, filed October 3, 2011 [59], it is

ORDERED that the motion is granted and plaintiff Linda Sperry and defendants Tony Lane and Ty Petersen are dismissed.

DATED:  October 3rd , 2011

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge