**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                       September 25, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and                                                                         Jonathan S. Willett
LINDA (Tetter) SPERRY,
individually and as parents and guardians of J.S. and L.S.,

      Plaintiffs,

v.

JASON T. MAES,                                                                            Eric M. Ziporin
GEORGE ELDER, and                                                                   Courtney B. Kramer
TOWN OF CASTLE ROCK, COLORADO,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Second Motion to Amend Scheduling Order**

**10:00 a.m.**        **Court in session.**

Court's preliminary remarks.

Counsel answer questions asked by the Court regrading discovery [80].

Mr. Ziporin states there was no formal classroom CIT training.

**Court instructs Mr. Ziporin to check and produce emails (concerning Todd Sperry) as stated on record.**

**Depositions by specific written questions to officers, pursuant to Rule 31, is permitted regarding information concerning contacts within the relevant time period as stated on record.**

**Report and deposition of plaintiffs' credit expert is permitted and to be completed pursuant to the rules.**

**ORDERED:**    Second Motion to Amend Scheduling Order [80], is resolved as stated on record. Counsel have 60 days (November 24, 2012) to complete additional discovery permitted as stated on record. Oral motion to extend time for dispositive motions is denied.

**10:40 a.m.**        **Court in recess.**        Hearing concluded.  Total time: 40 min.