IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY,

    Plaintiff,
v.

JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police
    Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police
    Department,
TOWN OF CASTLE ROCK, COLORADO, a municipality,

    Defendants.
_____

ORDER GRANTING MOTION TO SUBMIT AFFIDAVIT
_____

Upon review of plaintiff's unopposed motion to submit affidavit of Linda Sperry in support of his response to defendants' motion for summary judgment [92] filed December 6, 2012, it is

ORDERED that the motion is granted.

DATED: December 10th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge