# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                  July 2, 2013
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki
_____

Civil Action No. 10-cv-03171-RPM

| | |
|---|---|
| TODD SPERRY and<br>LINDA (Tetter) SPERRY,<br>individually and as parents and guardians of J.S. and L.S.,<br><br>        Plaintiffs,<br><br>v.<br><br>JASON T. MAES,<br>GEORGE ELDER, and<br>TOWN OF CASTLE ROCK, COLORADO,<br><br>        Defendants. | Jonathan S. Willett<br><br><br><br><br><br><br>Courtney B. Kramer |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:56 a.m.**        **Court in session.**

Plaintiff present.

Court's preliminary remarks.

**ORDERED:**   Plaintiffs' Motion for Leave to Submit Recently Disclosed Emails in Support of Response to Motion for Summary Judgment [97], is granted and emails are accepted.

Argument by Mr. Willett.
Argument by Ms. Kramer.

**ORDERED:**   Defendants' Motion for Summary Judgment [85], is taken under advisement.

**11:25 a.m.**        **Court in recess.**

Hearing concluded.  Total time: 29  min.