**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                      July 2, 2013
Courtroom Deputy:          J. Chris Smith
FTR Technician:            Kathy Terasaki

_____

Civil Action No. 10-cv-03171-RPM

TODD SPERRY and                                          Jonathan S. Willett
LINDA (Tetter) SPERRY,
individually and as parents and guardians of J.S. and L.S.,

      Plaintiffs,

v.

JASON T. MAES,                                           Courtney B. Kramer
GEORGE ELDER, and
TOWN OF CASTLE ROCK, COLORADO,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:56 a.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

**ORDERED:**     **Plaintiffs' Motion for Leave to Submit Recently Disclosed Emails in Support of**
                  **Response to Motion for Summary Judgment [97], is granted and emails are**
                  **accepted.**

Argument by Mr. Willett.
Argument by Ms. Kramer.

**ORDERED:**     **Defendants' Motion for Summary Judgment [85], is taken under advisement.**

**11:25 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 29  min.