IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY,

    Plaintiff,
v.

JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police
    Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police
    Department,
TOWN OF CASTLE ROCK, COLORADO, a municipality,

    Defendants.
_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendants are awarded costs upon the filing of a bill of costs within 14 days.

DATED: July 10th, 2013

                                             FOR THE COURT:

                                             JEFFREY P. COLWELL, Clerk

                                                   s/M. V. Wentz
                                          By_____
                                                     Deputy