IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03171-RPM

TODD SPERRY,

    Plaintiff,

v.

JASON T. MAES, individually, and official capacity a sergeant of the Castle Rock Police
    Department,
GEORGE ELDER, individually, and official capacity as an officer with the Castle Rock Police
    Department,
TOWN OF CASTLE ROCK, COLORADO, a municipality,

    Defendants.

_____

## ORDER
_____

    Plaintiff having filed a notice of appeal, it is

    ORDERED that defendants' motion for attorneys fees will be considered after a mandate has been issued by the Tenth Circuit Court of Appeals.

    DATED: August 12th, 2013

                                                          BY THE COURT:

                                                          s/Richard P. Matsch

                                                          _____
                                                          Richard P. Matsch, Senior District Judge